## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          Plaintiff,

                vs.

JOSE MANUEL MEDINA-MEDINA
(1),

                          Defendant.

CASE NO. 12CR0327-GT

JUDGMENT OF DISMISSAL

**FILED**

FEB 0 9 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

         IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__  an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal,
       without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of
       acquittal; or

_____  a jury has been waived, and the Court has found the defendant not
       guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

8:1326 - DEPORTED ALIEN FOUND IN THE UNITED STATES (FELONY)

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/9/12

                                        Gordon Thompson, Jr.
                                        U.S. District Judge